IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **EUGENA L. PHELAN,** | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. SA-20-CV-641-FB |
| **TOWN OF HOLLYWOOD PARK,** | § § § | |
| Defendant. | § § | |

### ORDER DENYING DEFENDANT'S RULE 12(B)(5) MOTION TO DISMISS

Before the Court are Defendant's Rule 12(b)(5) Motion to Dismiss (docket #6) and Plaintiff's Response to Motion to Dismiss (docket #7). The Court has reviewed the motion, response and the docket activity in this case. Based on the record and plaintiff's response (docket #7), the Court finds good cause has been shown for the failure to serve the defendant until December 30, 2020.

Accordingly, IT IS HEREBY ORDERED that Defendant's Rule 12(b)(5) Motion to Dismiss (docket #6) is DENIED.

It is so ORDERED.

SIGNED this 17th day of May, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE