IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **EUGENA L. PHELAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. SA-20-CV-641-FB** |
| | § | |
| **TOWN OF HOLLYWOOD PARK,** | § | |
| | § | |
| **Defendant.** | § | |

## *ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT*

Before the Court is the Agreed Motion to Dismiss with Prejudice filed on April 7, 2022 (docket #15).   Plaintiff and Defendant have advised the Court that all matters in controversy between them have been fully and finally resolved, and Plaintiff moves the Court to dismiss her claims against the Defendant in the above styled and numbered cause with prejudice to re-filing in any form with costs taxed against the party incurring same.  The Court finds the Agreed Motion to Dismiss has merit, and this case should be dismissed with prejudice.

Accordingly, pursuant to the Agreed Motion to Dismiss with Prejudice filed in this case (docket #15), IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's claims against the Defendant in the above styled and numbered cause be, and hereby are DISMISSED WITH PREJUDICE to re-filing in any form, with costs taxed against the party incurring same.  All other requested relief not expressly granted herein is DENIED.  Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 19th day of April, 2022.

FRED BIERY
UNITED STATES DISTRICT JUDGE